UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-10320 DSF (JCx) | Date | September 9, 2019 |
| Title | Dwayne Ballard v. Pacific Logistics Corp | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Renee Fisher | Pat Cuneo |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Justin K. Kachadoorian | Vickie V. Grasu |

**Proceedings:** MOTION HEARING (Non-Evidentiary – Held and Completed)

PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [32]

The matter is called and counsel state their appearances. The Court questions counsel as stated in court and on the record on the motion. Counsel are to provide a revised proposed notice. The matter is taken under submission. A written order will follow.