CC: FISCAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE BALLARD, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC LOGISTICS CORP, an Arizona corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-10320-DSF-JC<br><br>**ORDER RELEASING REMAINING ATTORNEYS' FEES AND COSTS TO CLASS COUNSEL** |

The Court, having reviewed the declarations of Class Counsel and the Settlement Administrator, finds that all terms of the Settlement Agreement have been implemented and therefore, pursuant to the Final Approval Order entered on March 23, 2020 [Doc. 41], hereby releases the final 10 percent of the attorneys' fee under the Settlement to Class Counsel.

**IT IS ORDERED.**

Dated: November 11, 2021

                                                   Honorable Dale S. Fischer
                                                 UNITED STATES DISTRICT JUDGE